No. 96–5413.  FELDER v. STOCK, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–5414.  ALLPHIN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–5415.  OWES v. SESSIONS, ATTORNEY GENERAL OF ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 96–5416.  SALMON v. BRANTON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–5418.  CONTRERAS v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 96–5419.  BROWN v. RUBIN, SECRETARY OF THE TREASURY, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–5420.  MITCHELL-ANGEL v. CRONIN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–5421.  IRVING v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 96–5422.  BURGER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–5423.  STEELE v. HAN CHUL CHOI.  C. A. 7th Cir.  Certiorari denied.

No. 96–5424.  BORROMEO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–5425.  PATTERSON v. RUBIN, SECRETARY OF THE TREASURY, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–5426.  CAMPBELL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–5427.  GIBBONS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–5428.  DORTCH v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.